**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1599**

ROBERTO IFILL,

                    Plaintiff - Appellant,

          v.

JOHN E. POTTER, Postmaster General, United States Postal
Service,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:06-cv-01393-LMB)

Submitted:  April 28, 2008          Decided:  May 12, 2008

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis H. Koh, KOH LAW FIRMS, LLC, North Bethesda, Maryland, for
Appellant.  Chuck Rosenberg, United States Attorney, Kevin J.
Mikolashek, Assistant United States Attorney, Alexandria, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Ifill appeals the district court's order granting the Postmaster General's summary judgment motion on Ifill's hostile work environment and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ifill v. Potter, No. 1:06-cv-01393 (E.D. Va. Apr. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED